**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ABULUALKAIR ALKHATEEB,

      Plaintiffs,

                                   Case No. 12-15145
      v.                           HON. TERRENCE G. BERG

GENERAL ELECTRIC COMPANY,

      Defendants.

_____/

**ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS COMPLAINT AND COMPEL ARBITRATION**

This matter is before the Court on Defendant's Motion to Dismiss the Complaint and Compel Arbitration.  At the conclusion of a hearing held in open court on May 6, 2013, the Court made the following findings on the record:  (1) the parties agreed to resolve their disputes in accordance with the terms of Defendant General Electric Company's RESOLVE program—a four-step procedure which concludes with arbitration; (2) Plaintiff's sole claim, for employment discrimination, is covered by the scope of the parties' agreement; (3) Congress did not intend for employment discrimination claims to be nonarbitrable.  For those reasons and the reasons further stated on the record, Defendant's motion is **GRANTED** in part; to wit, this case is **DISMISSED WITHOUT PREJUDICE** and the parties are directed to comply with the RESOLVE program, a process which may or may not ultimately result in arbitration.[1]

---

[1] During the hearing, the parties informed the Court that Plaintiff's claim for employment discrimination was never, in fact, submitted to the RESOLVE program.  Therefore, arbitration of Plaintiff's claim (Level IV of the RESOLVE program) would only be appropriate in the event that the parties are unsuccessful in resolving the claim at Levels I, II, and III.

12-cv-15145
ALKHATEEB v. GENERAL ELECTRIC COMPANY


Dated:  May 7, 2013                        s/Terrence G. Berg
                                           TERRENCE G. BERG
                                           UNITED STATES DISTRICT JUDGE


### Certificate of Service

I hereby certify that this Order was electronically submitted on May 7, 2013, using the CM/ECF system, which will send notification to all parties.

                                           s/A. Chubb
                                           Case Manager